UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY -7  PM 12: 18

CLERK

BY_____

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:26-CR-44-1 |
| | ) | |
| ANDREA GILBERT, | ) | (21 U.S.C. §§ 841(a), (b)(1)(C); |
| Defendant. | ) | 18 U.S.C. § 2) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 20, 2026, in the District of Vermont, the defendant ANDREA

GILBERT knowingly possessed with intent to distribute cocaine and fentanyl, both Schedule II

controlled substances.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

A TRUE BILL

███████████████

FOREPERSON

JONATHAN A. OPHARDT
First Assistant United States Attorney

Eugenia Cowles
Assistant United States Attorney
Burlington, Vermont
May 7, 2026