UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-cr-44-1 |
| | ) | |
| ANDREA GILBERT, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION**

The United States of America moves for the pretrial detention of the above-named

defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>.  This defendant is eligible for detention because the case

involves an offense under the Controlled Substances Act for which a maximum term of

imprisonment of ten years or more is prescribed.  *See* 18 U.S.C. § 3142(f)(1)(C).

2. <u>Reason For Detention</u>.  The Court should detain the defendant because the defendant

poses a risk of danger to the community and because there are no conditions of release that will

reasonably assure the defendant's appearance as required.

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption

against the defendant under § 3142(e). The presumption applies because there is probable cause

to believe the defendant committed a drug offense punishable by more than 10 years based on

the grand jury's return of an indictment charging Gilbert with such an offense.

4. <u>Time For Detention Hearing</u>.  The United States requests the court conduct the

detention hearing upon completion of the pretrial services report.

5.  <u>Other Matters</u>.

In March 2026, Hartford, Vermont Police conducted a search pursuant to a warrant of Gilbert's apartment. Law enforcement located a total of approximately 94.7 grams with packaging of cocaine base and 13.1 grams with packaging of fentanyl hidden in the clothes Gilbert was wearing at the time of the search. Gilbert admitted to law enforcement that she had a significant drug habit and had sold controlled substances to support her habit. Hartford Police provided Gilbert with information on housing and substance use treatment options, but Gilbert does not appear to have availed herself of those resources.

At this time, Gilbert does not have a consistent residence and had continued to use controlled substances. She poses a risk of danger to herself and her community, and of failing to appear, while she is using drugs. For these reasons, the Court should detain Gilbert pending further proceedings in the case.

Dated at Burlington, in the District of Vermont, May 18, 2026.

Respectfully submitted,

*/s/ Eugenia A. P. Cowles*

Eugenia A. P. Cowles
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725